```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

WALTER ANDREWS,                  }
                                 }
     Plaintiff,                  }
                                 }      CIVIL ACTION NO.
v.                               }      13-AR-0835-S
                                 }
P-G INDUSTRIES, INC., d/b/a      }
PRYOR GIGGEY CO.,                }
                                 }
     Defendant.                  }
```

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Walter Andrews, had a perfect right to file his above-entitled Title VII action in the Southern Division of the Northern District of Alabama, where it now resides. 42 U.S.C., § 2000e-5(f)(3). He could have filed it in Mobile in the Southern District of Alabama, under this expansive venue statute.

Although venue is proper in the Southern Division of the Northern District of Alabama, the action could have just as easily been brought in the Eastern Division of the Northern District of Alabama. Because both parties reside in the Eastern Division, with the only contact to the Southern Division being the location of the lawyers, this court balances the factors in 28 U.S.C. § 1404(a), and finds that "for the convenience of the parties and witnesses and in the interest of justice", the case should be transferred to the Eastern Division. Accordingly, the motion of defendant, P-G Industries, Inc., d/b/a Pryor Giggey Co., to transfer the case is

GRANTED, and the above-entitled case is TRANSFERRED to the Eastern Division of the Northern District of Alabama.

DONE this 14th day of June, 2013.

                                                     _____  
                                                     WILLIAM M. ACKER, JR.  
                                                     UNITED STATES DISTRICT JUDGE